# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY BOATNER, JR., | ) | |
| | ) | Civil Action No. 15 – 1565 |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| v. | ) | |
| | ) | |
| BRIAN COVERT, Warden, HILTON, | ) | |
| Asst Warden, and LAWRENCE | ) | |
| COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The plaintiff in this matter has submitted for filing a complaint without a filing fee or the forms required to proceed *in forma pauperis* in a civil rights case. This action may not proceed unless the plaintiff either,

(1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $400.00, or,

(2) files a properly completed application to proceed *in forma pauperis*, along with an authorization form and a certified copy of his prison account statement for the six (6) months preceding the filing of the complaint. An application to proceed *in forma pauperis* and authorization form are enclosed.

Therefore,

**IT IS HEREBY ORDERED** this 11th day of December, that the Clerk of Court is to mark this case **CLOSED**.

**IT IS FURTHER ORDERED** that the plaintiff may submit a motion to proceed in forma pauperis, along with a certified copy of the inmate account statement for the six (6) months preceding the filing of the complaint. If that motion is granted, the case will be reopened.

**IT IS FURTHER ORDERED** that the plaintiff may reopen this case by paying the $400.00 filing fee.

**AND IT IS FURTHER ORDERED** that the plaintiff is allowed fourteen (14) days from this date to appeal this order to a District Judge pursuant to Rule 72.C.2 of the Local Rules. Failure to appeal within fourteen (14) days may constitute waiver of the right to appeal.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Harry Boatner, Jr.
Lawrence County Corrections
111 S. Milton Street
New Castle, PA 16101-3593